394 A.2d 620

Filipe, Appellant, v. West et al.

Argued June 13, 1978.   Marvin W. Factor, for appellant;  Thomas B. Rutter, for appellee, West;  No appearance entered nor brief submitted for appellee, Arotex Mills, Inc.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.